| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5661813 | DATE 10/15/2025 |
|---|---|---|---|---|
| **NAME** BROWN, Rodney Eugene | | **OFFICER** Christopher R. Machak | **JUDGE** Laurie J. Michelson | **DOCKET #** 22-CR-20552-01 |

| ORIGINAL SENTENCE DATE 07/19/2021 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY V | TOTAL OFFENSE LEVEL 16 | PHOTO |
|---|---|---|---|---|
| COMMENCED 01/26/2022 | | | | |
| EXPIRATION 01/25/2027 | | | | |

| ASST. U.S. ATTORNEY To Be Determined | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT TO BE LODGED AS A DETAINER REQUEST**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 2250(a) Failure to Register as a Sex Offender

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 45 months, to be followed by a term of supervised release of five years.

Name of Sentencing Judicial Officer:  Honorable Thomas L. Parker U.S. District Judge Western District of Tennessee. Jurisdiction accepted by the Honorable Laurie J. Michelson on 10/25/2022.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in drug test and or treatment as directed by the probation officer.
2. The defendant shall participate in Moral Reconation Therapy (MRT) or another similar approved cognitive behavioral therapy program as directed by the probation office.
3. The defendant's employment and change of address must be approved by probation officer.
4. The defendant must participate in a specialized sex offender treatment program that may include the use of a polygraph.
5. The defendant shall complete and comply with sex offender registration requirements, sex offender treatment conditions, polygraph examination condition, and shall follow the specific instructions of the probation officer in regard to these requirements.
6. The defendant shall submit his or her person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(3)(1)), other communications or data storage devices or media,] or office, to a search conducted by a United States Probation officer. Failure to submit to a search may be grounds for revocation of release.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 5661813 | DATE 10/15/2025 |
|---|---|---|---|---|
| NAME BROWN, Rodney Eugene | OFFICER Christopher R. Machak | | JUDGE Laurie J. Michelson | DOCKET # 22-CR-20552-01 |

Criminal Monetary Penalty: Special Assessment $100.00 (Paid)

The probation officer believes that the offender has violated the following condition of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

On October 1, 2025, a warrant was issued for BROWN for the charge of Criminal Sexual Conduct 2nd Degree Person(s) Under 13. He was taken into custody on October 7, 2025, by the Oakland County Sheriff's Department located in Pontiac, Michigan. He is being charged with two counts of Criminal Sexual Conduct 2nd Degree Person Under 13. According to the incident report sometime in May 2025, BROWN sexually assaulted two minor females who are sisters (ages 10 and 8) at the residence he shares with his girlfriend who is the victim's maternal grandmother. BROWN had been left alone with the children while she was at work. On July 14, 2025, the assault was reported to the Oakland County Sherriff's Department after the victim's mother received a screenshot of a text message conversation between one of the victims and her paternal grandmother. The screenshot of the conversation reported the assault to the paternal grandmother and requested that she not tell anyone right now. On August 25, 2025, and August 27, 2025, the two victims were interviewed at CARE House by Oakland County Detective Allison Michaels, Forensic Interviewer Emily Sznitka, and Victim Advocate Paige Moody. The victims reported that they were in a bedroom at BROWN's residence when he started to tickle them. BROWN then went on to rub their private parts over their clothes. The incident report stated that when one of the victims tried to get away BROWN, pulled her back onto the bed. The same victim reported at one point she had to grab BROWN's leg in an effort to get him off of her sister. Ultimately, this victim was able to get away from BROWN but did not flee the residence as she did not want to leave her sister behind. After the assault, BROWN drove the two victim's home. During the interview one of the victims reported that on a separate date BROWN had slapped her on her butt. Neither BROWN nor the victim said anything to each other after the incident concerning the slap. BROWN is currently being held at the Oakland County Jail on a $150,000 cash bond. He is awaiting a court date with the 50th District Court located in Pontiac, Michigan (Case No: 251273RY).

I declare under penalty of perjury that the foregoing is true and correct.
**SENIOR PROBATION OFFICER**

s/Christopher R. Machak/lnb
313 234-5434

DISTRIBUTION

Court

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5661813 | DATE 10/15/2025 |
|---|---|---|---|---|
| **NAME** BROWN, Rodney Eugene | **OFFICER** Christopher R. Machak | **JUDGE** Laurie J. Michelson | | **DOCKET #** 22-CR-20552-01 |

| **SUPERVISING PROBATION OFFICER** | **PROBATION ROUTING** |
|---|---|
| s/Jeffry W. Konal 313 234-5407 | Data Entry |

**THE COURT ORDERS:**

[X]  Issuance of a warrant to be lodged as a detainer with the Oakland County Sheriff's Department

[ ]  Other

                                    s/Laurie J. Michelson
                                    United States District Judge

                                    10/16/2025
                                    Date

Page **3** of **3**